# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of May, two thousand twenty-six.

_____

In Re: Purdue Pharma L.P.,
                    Debtor.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Ronald Bass,

                    Appellant,

   v.

Purdue Pharma L.P.,

                    Debtor - Appellee.

The Official Committee of Unsecured Creditors,
of Purdue Pharma L.P., et al.,

                    Appellees.

_____

**ORDER**

Docket No. 26-1226

_____

In Re: Purdue Pharma L.P.,
                    Debtor.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Rosemary Helen Ziziros Walker,

                    Appellant,

   v.

Purdue Pharma L.P.,

                    Debtor - Appellee.

The Official Committee of Unsecured Creditors,
of Purdue Pharma L.P., et al.,

                    Appellees.

Docket No. 26-1235

_____

In Re: Purdue Pharma L.P.,
                Debtor.
********************************

Maria Ecke,

       Appellant,                        Docket No. 26-1298

  v.

Purdue Pharma L.P.,

       Debtor - Appellee.

The Official Committee of Unsecured Creditors,
of Purdue Pharma L.P., et al.,

       Appellees.

In Re: Purdue Pharma L.P.,
                Debtor.
***********************************

Amanda Morales,

       Plaintiff - Appellant,           Docket No. 26-1330

  v.

Purdue Pharma L.P.,

       Debtor - Appellee.

The Official Committee of Unsecured Creditors, et al.,

       Appellees.

    IT IS HEREBY ORDERED that the above-captioned appeals shall be heard in tandem.

                             For the Court:
                             Catherine O'Hagan Wolfe,
                             Clerk of Court

