UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **12-1298**                                    Caption [use short title]

Motion for: **Pro Bono Attorney Separate Case No. 12-1298, Complaint to Add Names... See attached list.**

Caption: **Maria Ecke v Purdue Pharma LP**

Set forth below precise, complete statement of relief sought:

**Please separate Case No. 12-1298 from being in Tandem with other cases, Combination of District Court Case No. 1:25-cv-10237 (LTS), Pro Bono Counsel, See attached**

MOVING PARTY: **Maria Ecke**          OPPOSING PARTY: **Purdue Pharma L.P. et al Benjamin S. Kaminetzk**

- [X] Plaintiff     [ ] Defendant
- [ ] Appellant/Petitioner     [ ] Appellee/Respondent

MOVING ATTORNEY: _____          OPPOSING ATTORNEY: **Davis Polk & Wardwell**

[name of attorney, with firm, address, phone number and e-mail]

**Ariel Hayes Caplin & Drysdale Chartered 1200 New Hampshire Ave, NW 8th Floor, Washington, DC 20036**

**450 Lexington Ave, NY NY 10017 Phone 212-450-4259 Phone: 202-862-5000**

Court- Judge/ Agency appealed from: **Judge Roman**          **See attached list.**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
- [X] Yes     [ ] No (explain): _____

Opposing counsel's position on motion:
- [ ] Unopposed     [ ] Opposed     [X] Don't Know

Does opposing counsel intend to file a response:
- [ ] Yes     [ ] No     [X] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has this request for relief been made below?          [ ] Yes [ ] No

Has this relief been previously sought in this court?          [ ] Yes [ ] No

Requested return date and explanation of emergency: _____

Is oral argument on motion requested?     [X] Yes [ ] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?     [ ] Yes [X] No If yes, enter date: _____

Signature of Moving Attorney:

**Maria Ecke** Date: **June 8, 2026** Service by: [ ] CM/ECF [X] Other [Attach proof of service]

Form T-1080 (rev.12-13)

June 5, 2026

# ADDITION TO MOTION INFORMATION STATEMENT FOR CASE NO. 12-1298 MOTION FOR AND

## STATEMENT OF RELIEF

1.) Separation of the tandem Case No. 26-1298 from Case No. 26-1226 for Ronald Bass, Rosemary Helen Ziziros Walker, Case No. 26-1235, and Amanda Morales, Case No. 26-1330, under Rule 27, the Appellate Rule of Separate Trials. If I am in tandem, then you are discriminating against me. I have nothing in common with Ronald Bass, Rosemary Helen Ziziros Walker, and Amanda Morales. This complex case must be under "Strict Scrutiny."

2.) Appointment of Pro Bono Council for my family and me.

3.) Amend the Complaint to add the names of Estate of David Jonathan Ecke, Claim No. 628554, in addition to Maria Ecke's, Claim No. is 16810, and if it is legal, then please add the names of Andrew Ecke (Claim No. 23016), and Peter Sottile (Claim No. 16817), as long as I can be Counsel for them.

4.) Combine District Court Case No. 1:25-cv-10237 (LTS) because these cases are all against both Purdue Pharma L.P. et al and the Sackler Family and Leaders in Purdue Pharma L.P. et al. under the Supreme Court ruling of Harrison v. Purdue Pharma L.P. et al, Case No. 23-124, cited as 603 U.S._____(2024) under Rule 20 for the rules of Federal Civil Procedure.

5.) Disclosure of the amount of money in the 21 Additional Trusts of the Sackler Family, which are enumerated in the Declaration of Alexa M. Saunders. Doc No. 3454 Filed 8/5/2021 in the Bankruptcy Court Southern District of New York.

6.) Disclosure of the amount of money in the bankrupt Estate of Jonathan D. Sackler, Case No. 20-00284 in the Greenwich Probate Court.

7.) I am looking for a briefing date for the panel to hear my Case.

8.) I will not be available from June 29, 2026, to July 10, 2026.

/s/ Maria Ecke

*Maria Ecke*

*June 8, 2026*

# OPPOSING ATTORNEYS

Mitchell P. Hurley

Direct: 212-872-1000

Akin Gump Strauss Hauer & Feld LLP

One Bryant Park

New York, New York 10036

Kenneth H. Eckstein

Direct: 212-715-9229

Herbert Smith Freehills Kramer (US) LLP

1177 Avenue of the Americas

New York, NY 10036

Edward E. Neiger

Direct:212-267-7342

Ask LLP

60 East 42nd Street, 46th Floor

New York, NY 10165

J. Christopher Shore

Direct 212-819-8394

White & Case LLP

1221 Avenue of the Americas

New York, NY 10020

*Marcia Eike*                                    June 8, 2026

Ariel Hayes

Direct: 202-862-5000

Caplin & Drysdale, Chartered

1200 New Hampshire Avenue NW

8th Floor

Washington, DC 20036

Benjamin S. Kaminetzky

Direct: 212-450-4259

Davis Polk & Wardwell LLP

450 Lexington Avenue

New York, NY 10017

June 8, 2026

# UNITED STATES DISTRICT COURT
for the

DISTRICT OF _____

Maria Ecke

　　　　　　Plaintiff

v.

Purdue Pharma LP
et al

　　　　　　Defendant

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 26-1298

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

Signed: _Maria Ecke_　　　　Date: _6/10/2026_

I am appealing Judge Roman's decision and
My issues on appeal are: order of appeal of consolidation
with a group of creditors with unrelated
issues because it will prejudice my case. The
court does not receive my paperwork electronically.
I am only on Social Security so I can not mail

1.　　For both you and your spouse estimate the average amount of money received from each
　　　of the following sources during the past 12 months. Adjust any amount that was received
　　　weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use
　　　gross amounts, that is, amounts before any deductions for taxes or otherwise.

paperwork at all times, therefore it is not
docketed in a timely manner.

Rev. 12.1.2018

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ *I do not rent on a monthly basis. Only rented house 3 separate weeks last year at approximate $2000. Yearly gross total $6000. Net total much less. this year less 3000. per year* | | | |
| Interest and dividends *not enough to pay taxes* | $ | $ | $ | $ |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 1971/ month | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): | $ 0 | $ 0 | $ 0 | $ 0 |
| **Total monthly income:** | $2000/ month | $ 0 | $ 0 | $ 0 |

*approximately*

2.    *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| | | | $ |
| | | | $ |

Rev. 12.1.2018

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|----------|---------|---------------------|-------------------|
| N/A | N/A | N/A | $ N/A |
| | | | $ |
| | | | $ |

4. *How much cash do you and your spouse have?* $ 100.00

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|-----------------------|-----------------|-----------------|------------------------|
| | Checking | $ N/A | $ N/A |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|------|-------------------|------------------|
| (Value) $ ? | (Value) $ ? | (Value) $ 1,800 |
| | | Make and year: 2004 Ford Ranger |
| | | Model: Ford Ranger |
| | | Registration #: (rust bucket) |

Rev. 12.1.2018

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ N/A | (Value) $ | (Value) $ |
| Make and year: | N/A | N/A |
| Model: | N/A | N/A |
| Registration #: | N/A | N/A |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ N/A | $ N/A |
| | $ N/A | $ N/A |
| | $ N/A | $ N/A |
| | $ N/A | $ N/A |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| | | |
| | | |

Rev 12.1.2018

8.  *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br> Are real estate taxes included? ☐ Yes ☒ No <br> Is property insurance included? ☐ Yes ☒ No | $ | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 500 | $ N/A |
| Home maintenance (repairs and upkeep) | $ 0 | $ N/A |
| Food | $ 100 | $ N/A |
| Clothing | $ 0 | $ N/A |
| Laundry and dry-cleaning | $ 0 | $ N/A |
| Medical and dental expenses | $ 202 | $ N/A |
| Transportation (not including motor vehicle payments) | $ 100 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | $ 4000/year | |
| Life: | $ N/A | $ N/A |
| Health: | $ 0 | $ N/A |
| Motor vehicle: | $ 1200/year | N/A |
| Other: | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 10,000/year | $ N/A |
| Installment payments | | |
| Motor Vehicle: | $ 0 | $ 0 |
| Credit card (name): 2 credit cards x2 | $ 200 x 2 | $ 0 |
| Department store (name): | $ 0 | $ 0 |
| Other: | $ 0 | $ 0 |

Rev. 12.1.2018

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): | $ N/A | $ N/A |
| **Total monthly expenses:** | $ | $ N/A |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☐ Yes ☒ No       If yes, describe on an attached sheet.

10. *Have you spent - or will you be spending - any money for expenses or attorney fees in connection with this lawsuit?* ☒ Yes ☐ No  mailed paperwork overnight. Mail is approximately $60 - $80. Return receipt is $10.68 or

    *If yes, how much? $*   more and my time.

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal*

    I am a divorced, single old lady on Social Security only. Anything that I saved is for my beloved children to have.

12. *State the city and state of your legal residence*  Strict budget.

    Cheshire, CT

    *Your daytime phone number:*
    860-658-7745

    *Your age:*          *Your years of schooling:*
    73               6

Rev. 12.1.2018

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Maria Ecke

**CERTIFICATE OF SERVICE***

Docket Number: 26-1298

v.

Purdue Pharma LP
et al

I, Maria Ecke , hereby certify under penalty of perjury that
(print name)
on 6/10/2026 , I served a copy of Pro Se Scheduling
(date)
Notification and Affidavit Accompanying
Motion for Permission (list all documents) to Appeal in Forma
by (select all applicable)** Pauperis

___ Personal Delivery          X United States Mail          ___ Federal Express or other
                                                                  Overnight Courier

___ Commercial Carrier          ___ E-Mail (on consent)

on the following parties:

J. Christopher Shore, White & Case LLP, 1221 Ave. of the Americas,

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| | | New York | NY | 10020 |

Edward Neiger, ASK LLP, 60 East 42nd St, 46th Floor, NY, NY

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| | | | | 10165 |

Kenneth H Eckstein, Herbert Smith Freehills Kramer (us) LLP
1177 Avenue of the Americas, NY, NY 10036

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

6/10/2026
Today's Date

Maria Ecke
Signature

Certificate of Service Form (Last Revised 12/2015)

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

CAPTION:

Maria Ecke

**CERTIFICATE OF SERVICE***

Docket Number: 26-1298

v.

Purdue Pharma LP

et al

I, Maria Ecke , hereby certify under penalty of perjury that
(print name)

on 6/10/2026 , I served a copy of Pro Se Scheduling
(date)

Notification and Affidavit Accompanying Motion

for Permission to Appeal In Forma Pauperis
by (select all applicable)** (list all documents)

___ Personal Delivery   _X_ United States Mail   ___ Federal Express or other
                                                       Overnight Courier

___ Commercial Carrier   ___ E-Mail (on consent)

on the following parties:

Mitchell P. Hurley, Akin Gump Strauss, Hauer & Feld LLP
One Bryant Park, New York, N.Y. 10036
Name          Address          City    State    Zip Code

Benjamin Kaminetzky, Davis Polk & Wardwell LLP, 450 Lexington
Avenue, New York, NY 10017
Name          Address          City    State    Zip Code

Ariel Hayes, Caplin & Drysdale Chartered, 1200 New Hampshire
Ave NW, 8th Floor, Washington, D.C. 20036
Name          Address          City    State    Zip Code

_____
Name          Address          City    State    Zip Code

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or
proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously
filed.

**If different methods of service have been used on different parties, please complete a separate
certificate of service for each party.

6/10/2026                              Maria Ecke
Today's Date                           Signature

Certificate of Service Form (Last Revised 12/2015)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Maria Ecke

**CERTIFICATE OF SERVICE\***

Docket Number: 26-1298

v.

Purdue Pharma L.P. et al

I, Maria Ecke , hereby certify under penalty of perjury that
(print name)

on June 8, 2026 , I served a copy of Motion Information
(date)

Statement

(list all documents)

by (select all applicable)\*\*

___ Personal Delivery          X  United States Mail          ___ Federal Express or other
                                                                      Overnight Courier

___ Commercial Carrier          ___ E-Mail (on consent)

on the following parties:

Mitchell P. Hurley, One Bryant Park, New York NY 10036
Name          Address          City          State          Zip Code

Kenneth H Eckstein 1177 Avenue of the Americas, NY NY 10036
Name          Address          City          State          Zip Code

Edward E. Neiger, 60 East 42nd St 46th Floor NY NY 10165
Name          Address          City          State          Zip Code

J. Christopher Shore, 1221 Avenue of the Americas NY NY 10020
Name          Address          City          State          Zip Code

\*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

\*\*If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

June 8, 2026
Today's Date

Maria Ecke
Signature

Certificate of Service Form (Last Revised 12/2015)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Maria Ecke

**CERTIFICATE OF SERVICE***

Docket Number: 26-1298

v.

Purdue PharmaL.P. et al

I, Maria Ecke , hereby certify under penalty of perjury that
(print name)
on June 8, 2026 , I served a copy of Motion Information
(date)
Statement

(list all documents)

by (select all applicable)**

___ Personal Delivery      X United States Mail      ___ Federal Express or other
                                                          Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

Ariel Hayes, 1200 New Hampshire Ave, NW 8th Floor
Name          Address                City      State     Zip Code

                              Washington, D.C. 20036
Name          Address                City      State     Zip Code

Benjamin S. Kaminetzky, 450 Lexington Ave, New York,
Name          Address                City      State     Zip Code

                              NY 10017
Name          Address                City      State     Zip Code

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or
proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously
filed.

**If different methods of service have been used on different parties, please complete a separate
certificate of service for each party.

June 8, 2026                          Maria Ecke
Today's Date                          Signature

Certificate of Service Form (Last Revised 12/2015)