S.D.N.Y. – W.P.
25-cv-10420
Roman, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of September, two thousand twenty-six.

Present:
John M. Walker, Jr.,
Michael H. Park,
*Circuit Judges,*
Philip M. Halpern,
*District Judge.* *

In Re: Purdue Pharma L.P.,

*Debtor*.

*************************

Maria Ecke,

*Appellant*,

v. 26-1298

Purdue Pharma L.P.,

*Debtor-Appellee*,

The Official Committee of Unsecured Creditors,
of Purdue Pharma L.P., et al.,

*Appellees*,

Ad Hoc Group of Individual Victims
of Purdue Pharma L.P.,

* Judge Philip M. Halpern, of the United States District Court for the Southern District of New York, sitting by designation.

*Defendant*.

---

The Debtor-Appellee moves to dismiss this appeal for lack of jurisdiction. Appellant, proceeding pro se, moves for appointment of counsel, to separate her appeal from the tandem appeals (2d Cir. 26-1226, 26-1235, and 26-1330), to amend her complaint, to combine two district court actions, and for disclosure of funds. Upon due consideration, it is hereby ORDERED that the Debtor-Appellee's motion is GRANTED and the appeal is DISMISSED because the order appealed by the Appellant was not final within the meaning of 28 U.S.C. § 158(d) and there is no other basis for an immediate appeal. *See Conn. Nat'l Bank v. Germain*, 503 U.S. 249, 253–54 (1992). It is further ORDERED that Appellant's motions are DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

